UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA CORRAL,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-02251-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On May 22, 2014, the Defendant in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of July 10, 2014.  Dkt. No. 8.  However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Esperanza Corral to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by June 19, 2014.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on July 3, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.  Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge