UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESPERANZA CORRAL,

          Plaintiff,

    v.

SELECT PORTFOLIO SERVICING, INC., et al.,

          Defendants.

Case No.  14-cv-02251-MEJ

**ORDER SETTING FINAL DEADLINE FOR OPPOSITION**

     On May 22, 2014, the Defendants in the above-captioned matter filed a Motion to Dismiss. Dkt. No. 8.  As Plaintiff Esperanza Corral failed to file an opposition pursuant to Civil Local Rule 7, the Court ordered her to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Dkt. No. 14.  In response, Plaintiff stated that her counsel "was not served with or at least never received the motion to dismiss."  Dkt. No. 15.  Although the Court's Notice of Electronic Filing notification associated with Defendants' Motion established that Plaintiff's counsel was, in fact, served via ECF, the Court discharged the OSC and ordered Plaintiff to file any Opposition by June 27, 2014.  Dkt. No. 17.  The Court reminded counsel of his duty to stay current with all filings in this case and advised that sanctions may be imposed for any further delay.  *Id.*

     Plaintiff has again failed to file a response, despite the fact that Defendants' Motion has been pending for nearly six weeks.  Accordingly, the Court ORDERS Plaintiff to e-file any Opposition by July 2, 2014 at 10:00 a.m.  Failure to comply with this Order shall result in the dismissal of Plaintiff's case without prejudice.

     **IT IS SO ORDERED.**

Dated: July 1, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge