1    THOMAS A. WOODS (SB #210050)
     tawoods@stoel.com
2    BAO M. VU (SB #277970)
     bmvu@stoel.com
3    STOEL RIVES LLP
     500 Capitol Mall, Suite 1600
4    Sacramento, CA 95814
     Telephone: (916) 447-0700
5    Facsimile: (916) 447-4781

6    Attorneys for Defendants
     SELECT PORTFOLIO SERVICING, INC. and
7    U.S. BANK, N.A., successor trustee to Bank of
     America, N.A., successor in interest to LaSalle Bank
8    N.A., as trustee, for WaMu Mortgage Pass-Through
     Certificates Series 2006-AR15 Trust (erroneously
9    sued as "U.S. Bank")

10

11    GRAHAM & MARTIN, LLP
     ANTHONY G. GRAHAM (SB #148682)
12    anthonyggraham@msn.com3130
     3130 South Harbor Blvd., Suite 250
13    Santa Ana, California 92704
     Telephone: (714) 850-9390
14    Facsimile: (714) 850-9392

15    Attorneys for Plaintiffs
     ESPERANZA CORRAL; DIANA BALGAS,

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                 OAKLAND DIVISION

|  |  |
|---|---|
| 19   ESPERANZA CORRAL; DIANA BALGAS, | Case No. 3:14-cv-02251-MEJ |
| 20 | **JOINT STIPULATION TO VOLUNTARY DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| 21         Plaintiffs, | |
| 22    v. | |
| 23   SELECT PORTFOLIO SERVICING INC.; U.S. BANK AND DOES 1-10, | |
| 24         Defendants. | |

25

26   ////

27   ////

28   ////

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO VOLUNTARILY DISMISS
ACTION WITH PREJUDICE        -1-        3:14-CV-02251-MEJ

77729454.1 0052161-01605

GRANTED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1    PLEASE TAKE NOTICE that:

2        Plaintiffs Esperanza Corral and Diana Balgas (collectively, "Plaintiffs") and Defendants

3    Select Portfolio Servicing, Inc. and U.S. Bank, N.A., successor trustee to Bank of America, N.A.,

4    successor in interest to LaSalle Bank N.A., as trustee, for WaMu Mortgage Pass-Through

5    Certificates Series 2006-AR15 Trust (erroneously sued as "U.S. Bank") (collectively,

6    "Defendants") respectfully submit this Joint Stipulation to voluntarily dismiss this action, with

7    prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

8        Plaintiffs and Defendants hereby stipulate and agree as follows:

9        Whereas, on April 11, 2014, Plaintiffs filed this action in the Superior Court for the State

10   of California, Alameda County.

11       Whereas, on May 5, 2014, Defendants filed a Notice of Removal removing this action to

12   the United District Court for the Northern District of California.

13       Whereas, on August 28, 2014, Plaintiffs filed a Second Amended Complaint.

14       Whereas, on October 30, 2014, Defendants filed an Answer to the Second Amended

15   Complaint.

16       Whereas, Fed. R. Civ. P. 41(a)(1)(A)(ii) permits voluntary dismissal of an action without

17   a court order upon the stipulation of all parties.

18       Whereas, Fed. R. Civ. P. 41(a)(1)(B) states that a voluntary dismissal by stipulation is

19   without prejudice, unless expressly stated otherwise in the stipulation.

20       Whereas, the Plaintiffs and Defendants have fully resolved this matter via a settlement

21   agreement and release of all claims.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO VOLUNTARILY DISMISS
ACTION WITH PREJUDICE                            -2-                        3:14-CV-02251-MEJ

77729454.1 0052161-01605

1       Based on the foregoing, Plaintiffs and Defendants, by and through their undersigned

2   counsel, stipulate and agree, that this matter shall be voluntarily dismissed, with prejudice.

3   Accordingly, the Parties respectfully request that the Clerk of the Court enter this stipulation and

4   close out the file in this matter.

5

6       **IT IS SO STIPULATED.**

7

8   Dated:  January 13, 2015                          STOEL RIVES LLP

9

10                                                    By:   /s/ Bao M. Vu
                                                      THOMAS A. WOODS
11                                                    BAO M. VU
                                                      Attorneys for Defendants SELECT
12                                                    PORTFOLIO SERVICING, INC. and U.S.
                                                      BANK, N.A., successor trustee to Bank of
13                                                    America, N.A., successor in interest to
                                                      LaSalle Bank N.A., as trustee, for WaMu
14                                                    Mortgage Pass-Through Certificates Series
                                                      2006-AR15 Trust (erroneously sued as
15                                                    "U.S. Bank")

16  Dated:  January 13, 2015                          GRAHAM & MARTIN LLP

17

18                                                    By:   /s/ Anthony G. Graham (as authorized on
                                                      December 5, 2014)
19                                                    ANTHONY G. GRAHAM
                                                      Attorneys for Plaintiffs ESPERANZA
20                                                    CORRAL; DIANA BALGAS

21

22  Pursuant to stipulation, IT IS SO ORDERED.

23

24  Dated: January 13, 2015

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO VOLUNTARILY DISMISS
ACTION WITH PREJUDICE                    -3-                           3:14-CV-02251-MEJ

77729454.1 0052161-01605