UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPARANZA CORRAL,<br><br>   Plaintiff,<br><br>   v.<br><br>SELECT PORTFOLIO SERVICING, INC., *et al.*,<br><br>   Defendants.<br>_____/ | No. C-15-1542 EMC<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING WHETHER CASES ARE RELATED** |

   Pursuant to Civil Local Rule 3-12(c), the above-captioned case is hereby referred to the Honorable Maria-Elena James for consideration of whether this case is related to case C-14-2251-MEJ, *Corral v. Select Portfolio Servicing, Inc., et al.*

   IT IS SO ORDERED.

Dated: June 1, 2015

_____
EDWARD M. CHEN
United States District Judge