UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA CORRAL, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>        Defendants. | Case No. 14-cv-02251-MEJ<br><br>**ORDER RE: REFERRAL FOR PURPOSE OF DETERMINING WHETHER CASES ARE RELATED**<br><br>Re: Dkt. No. 36 |

The above-captioned case was previously settled, and the Court dismissed it with prejudice on January 13, 2015. *See* Dkt. Nos. 34-35. On June 1, 2015, the Honorable Edward M. Chen referred *Corral v. Select Portfolio Servicing, Inc., et al.*, No. 15-1542-EMC (N.D. Cal. filed Apr. 3, 2015) to the undersigned for consideration of whether it is related to the above-captioned case. Pursuant to Civil Local Rule 3-12, the Court finds that these cases are related. In such circumstances, the 15-1542 case would ordinarily be reassigned to the undersigned as the presiding judge in the lower-numbered case. However, after Judge Chen's referral, Defendant Select Portfolio Servicing filed a declination to proceed before a magistrate judge in the 15-1542 case. Thus, the undersigned is without jurisdiction to conduct dispositive proceedings and, if the Clerk of Court were to reassign the 15-1542 case, it would be reassigned to a random district court judge. Such reassignment is unnecessary as the case is already properly before Judge Chen and the 14-2251 case has been dismissed. Accordingly, no reassignment shall occur and the 15-1542 case shall remain with Judge Chen.

    **IT IS SO ORDERED.**

Dated: June 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge